| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

EARLIE HERBERT, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:18-CV-518
§
HARTFORD UNDERWRITERS §
INSURANCE COMPANY, §
§
    Defendant. §

## ORDER OF DISMISSAL

The parties' Stipulation of Dismissal (#12) is accepted.  The Court ORDERS that the plaintiff's claims are voluntarily dismissed with prejudice, as requested.  The above-styled case is therefore DISMISSED in its entirety and the Clerk is directed to close this case.  Each party will bear its own costs.  The Court retains jurisdiction to enforce any settlement.

SIGNED at Beaumont, Texas, this 17th day of May, 2019.

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE